IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OWEN A. DAVIS, et al.,

    Plaintiffs,

     v.

MORTGAGE ELECTRONICS
REGISTRATION SYSTEMS, INC.
(MERS), et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-3109-TWT

ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 8] and denying the Plaintiffs' Motion to Strike [Doc. 6]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 8] is GRANTED. The Plaintiffs' Motion to Strike [Doc. 6] is DENIED.

SO ORDERED, this 12 day of April, 2010.

               /s/Thomas W. Thrash
               THOMAS W. THRASH, JR.
               United States District Judge